**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6068**

ANTONIO GERMAINE JOHNSON,

                 Petitioner - Appellant,

          v.

WARDEN MICHAEL PETTIFORD,

                 Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  C. Weston Houck, Senior District
Judge.  (0:07-cv-03236-CWH)

Submitted:  October 20, 2009          Decided:  October 23, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antonio Germaine Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Germaine Johnson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Johnson v. Pettiford, No. 0:07-cv-03236-CWH (D.S.C. filed Dec. 12, 2008, and entered Dec. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2